**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ALLEN WAYNE SPORE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO.** |
| **v.** | : | **5:14-CV-252-CAR-MSH** |
| | : | |
| **DR. MICHAEL L. ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER ON THE RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

Currently before the Court is the United States Magistrate Judge's Recommendation to grant Defendant Dr. Michael L. Roger's Motion for Summary Judgment. Plaintiff did not file an objection to the Recommendation, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 103] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motion for Summary Judgment [Doc. 89] is **GRANTED**.

**SO ORDERED**, this 19th day of July, 2017.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT